UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

CIVIL ACTION NO. 07-48-HRW

UNITED STATES OF AMERICA,                                                          PLAINTIFF,

V.            **MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION**

RONALD TUSSEY, ET AL.,                                                DEFENDANTS.

This matter has been referred to the undersigned to manage discovery and to enter a report and recommendation on any dispositive motions. [R. 30]. The matter is currently before the undersigned on the parties' Joint Motion for Judgment. [R. 35].

The undersigned has reviewed the Agreed Judgment and Order of Sale [R. 35, Attach. 1 (hereinafter "Judgment")], which provides for resolution of the parties' dispute. The Judgment provides that the United States will be granted an *in rem* judgment against the interests of Defendants Ronald and Shirley Tussey "in the real property which is the subject of this action." [Id. at 1]. The property will then be sold at a foreclosure sale, the details of which are set forth in the Judgment. [Id. at 6-7]. Furthermore, the Judgment provides that: "[a]s soon as practicable following the sale, the Farm Service Agency shall cause to be filed of record herein a Report of Sale." [Id. at 8]. Finally, the Judgment provides: "[f]ollowing confirmation of the sale, payment in full of the purchase price, and delivery of the deed, the United States shall forthwith file of record herein a motion for distribution of the sale proceeds and to have this action stricken from the Court's active

docket." [Id. at 8-9]. In addition, the Judgment provides that the United States shall pay the sum of one thousand dollars ($1,000.00) to Defendant Rick, Belva and Paul Tussey, in order to purchase "a perpetual easement for ingress and egress" to the property that is the subject of this action. [Id. at 10].

The undersigned has reviewed the Judgment, and it appears to provide for a full resolution of the dispute between the parties. Having considered the matter fully, and being otherwise sufficiently advised,

IT IS RECOMMENDED that the Joint Motion for Judgment [R. 35] be GRANTED, and that the Agreed Judgment and Order of Sale be APPROVED.

Specific objections to this Report and Recommendation must be filed within fourteen (14) days from the date of service thereof or further appeal is waived. United States v. Campbell, 261 F.3d 628, 632 (6th Cir. 2001); Bituminous Cas. Corp. v. Combs Contracting Inc., 236 F. Supp. 2d 737, 749-750 (E.D. Ky. 2002). General objections or objections that require a judge's interpretation are insufficient to preserve the right to appeal. Cowherd v. Million, 380 F.3d 909, 912 (6th Cir. 2004); Miller v. Currie, 50 F.3d 373, 380 (6th Cir. 1995). A party may file a response to another party's objections within fourteen (14) days after being served with a copy thereof. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

Signed April 13, 2010.



Signed By:
*Edward B. Atkins* EBA
**United States Magistrate Judge**