UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

CIVIL ACTION NO. 07-48-HRW

UNITED STATES OF AMERICA,                                   PLAINTIFF,

v.                              ORDER

RONALD TUSSEY, et al.,,                                     DEFENDANT.

This matter is before the Court on the parties' Joint Motion for Judgment [Docket No. 35]. This matter was referred to Magistrate Judge Edward B. Atkins for consideration of the pending motion. The Magistrate Judge has since issued a report and recommendation that motion be sustained and the Judgment tendered by the parties be approved [Docket No. 36].

The parties did not file objections to the report and recommendation and the time for doing so has now passed.

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**

(1) that the Magistrate Judge's report and recommendation [Record No. 36] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2) that in conformity therewith, the parties' Joint Motion for Judgment

[Docket No. 35] is **SUSTAINED**;

(3) that the Judgment tendered by the parties will be entered contemporaneously herewith; and

(4) that this matter is **STRICKEN** from the docket of this Court

This 6th day of May, 2010.



_____
Henry R. Wilhoit, Jr., Senior Judge